UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF | NORTHERN DISTRICT OF CALIFORNIA

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 5:21-CV-06872-PCP

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: September 3, 2021

Date of judgment or order you are appealing: January 5, 2024

Docket entry number of judgment or order you are appealing: ECF 92 & ECF 93

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
○ Yes   ○ No   ⦿ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Peter P. Nghiem

Is this a cross-appeal?   ○ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ⦿ Yes   ○ No

If yes, what is the prior appeal case number? 9th Cir No. 23-15577 & 22-15445

Your mailing address (if pro se):

200 Fagundes St, Apt 330

City: Hayward   State: CA   Zip Code: 94544

Prisoner Inmate or A Number (if applicable):

Signature: *[signature]*   Date: February 29, 2024

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                      Rev. 06/09/2022

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Peter P. Nghiem

Name(s) of counsel (if any):

Pro Se Plaintiff-Appellant

Address: 200 Fagundes St, Apt 330, Hayward, CA 94544

Telephone number(s): (669) 212-0983

Email(s): pnghiem8@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ◉ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Santa Clara University, Nam Ling, Grace Ling, Jeremy Kemp

Name(s) of counsel (if any):

Marcie Fitzsimmons Isom
Ryan J. Greenspan

Address: 275 Battery Street, Suite 2000, San Francisco, CA 94111

Telephone number(s): (415) 986-5900

Email(s): misom@grsm.com, rgreenspan@grsm.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                      1                           *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**  2  New 12/01/2018